## ODUM *v.* THE STATE.

JENKINS, Justice.   Under the evidence as adduced upon the trial, the law of voluntary manslaughter was involved, and the judge erred in omitting to instruct the jury thereon.   For this reason a new trial should have been granted.    *Judgment reversed.   All the Justices concur.*

No. 11777.   JUNE 18, 1937.

George H. Perry, for plaintiff in error.

M. J. Yeomans, attorney-general, R. A. Patterson, solicitor-general, Hooper & Hooper, E. J. Clower, and Ellis G. Arnall, contra.